UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| LEEROY ELIJAH KRAUSE,<br><br>              Petitioner,<br><br>   v.<br><br>STATE OF WASHINGTON et al.,<br><br>              Respondents. | Case No. 3:22-cv-5143-TL-TLF<br><br>ORDER DISMISSING HABEAS PETITION |

Having reviewed the Report and Recommendation of Magistrate Judge Theresa L. Fricke as well as the remaining record and no objections or responses to the Report and Recommendation having been filed, the Court hereby finds and ORDERS:

(1)    The Magistrate Judge's report and recommendation is approved and adopted;

(2)    Petitioner's federal *habeas corpus* petition is DISMISSED without prejudice; and

(3)    The Clerk is DIRECTED to send copies of this Order to petitioner, to Magistrate Judge Theresa L. Fricke and to any other party that has appeared in this action.

Dated this 3rd day of June 2022.

Tana Lin
United States District Judge